VILAS NATIONAL BANK OF PLATTSBURG, Respondent, *v.* ROCKLAND LAKE TRAP ROCK COMPANY, Appellant.

*Vilas Nat. Bank of Plattsburg* v. *Rockland Lake T. R. Co.*, 116 App. Div. 910, affirmed.

(Submitted January 31, 1908; decided February 25, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 24, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover money had and received.

*Willard U. Taylor* for appellant.

*C. J. Vert* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: GRAY, J.